**JOHNNY L. GRIFFIN, III (SBN 118694)**
Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
GARY STUTHEIT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY STUTHEIT, ) <br> ) <br> Defendant ) | Case No. CR-S-03-0154 LKK <br><br> **STIPULATION AND ORDER TO MODIFY TERMS OF DEFENDANT'S SUPERVISED RELEASE** |

The United States of America, by and through Assistant U.S. Attorney Daniel S. Lindhardt, and Defendant GARY STUTHEIT, by and through his counsel Johnny L. Griffin, III, hereby agree and stipulate to modify the terms of Defendant's supervised release. Specifically, the parties agree and stipulate that Defendant may serve 365 days on an ankle bracelet in lieu of 365 days in a half-way house.

///

///

1  Dated:                           Respectfully submitted,

2                                   /s/ Daniel S. Linhardt

3                                   DANIEL S. LINHARDT[1]
                                    Assistant U.S. Attorney
4

5

6

7  Dated:                           Respectfully submitted,

8                                   /s/ Johnny L. Griffin, III

9                                   JOHNNY L. GRIFFIN, III
                                    Attorney for Defendant GARY STUTHEIT
10

11

12 **IT IS SO ORDERED.**

13

14

15 Dated: May 20, 2005              /s/Lawrence K. Karlton

16                                   HON. LAWRENCE K. KARLTON
                                    United States District Judge
17

18

19

20

21

22

23

24

25

---

[1] Daniel Linhardt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

United States v. Gary Stutheit
STIPULATION AND ORDER
Case No. CR-S-03-0154-LKK

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814